# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br>LARRY DANIEL,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 89cr0014 JM<br><br>ORDER GRANTING MOTION BROUGHT PURSUANT TO 28 U.S.C. §2255 |

Defendant Larry Daniel, with limited and conditional opposition from the Government, moves to reduce Defendant's sentence to reflect custodial credits Defendant accumulated from April 22, 2009 (his date of arrest) through June 15, 2009 (the date of Judge Huff's sentence) and to apply those custodial credits to the six month sentence imposed by this court. The parties represent that the Federal Bureau of Prisons ("BOP"), pursuant to BOP policy and its interpretation of 18 U.S.C. §3585(b), has declined to credit the "time-served" to this case because these credits were "zeroed-out" when June Huff sentenced Defendant to time-served in Case No. 88cr0936 H.

The Government has entered into the joint stipulation with the caveat that it does not oppose the joint motion unless the court intended Defendant to serve a six month custodial term without credit for "time-served." As this court intended that Defendant receive credit for time served, the court

/ / /

/ / /

/ / /

- 1 -                                89cr0014

grants the joint motion and modifies the six month sentence to a term of four months and seven days to reflect the "time-served."

**IT IS SO ORDERED.**

DATED: September 2, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:		All parties